# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| DARREL HORRY, | : |
| Plaintiff, | : |
| v. | : Case No. 4:23-cv-00123-CDL-MSH |
| CERT OFFICER TRIPLETT, | : |
| Defendant. | : |

## ORDER

On May 28, 2024, Plaintiff filed a motion seeking the status of service of his complaint and an update on this action, generally (ECF No. 40). The Court **GRANTS** Plaintiff's motion (ECF No. 40) as follows:

On April 11, 2024, a Deputy United States Marshal ("DUSM") again attempted service on Defendant (ECF No. 38). According to the notations on the unexecuted process receipt and return, the DUSM met with Defendant's father, who provided the DUSM with a copy of Defendant's military orders which indicate Defendant will be out of the United States at least until November 2024. *Id.* Attached to the unexecuted process receipt and return is what appears to be a copy of the orders issued by the United States Department of the Army which indicate that Defendant has been deployed to a base in Kuwait as of November 18, 2023, and he will remain there for up to 373 days. Copy of Military Orders, ECF No. 38-1. Service, therefore, has not been perfected on Defendant at this time.

In his motion, Plaintiff also requests an update on the status of his case because he has been moved to a different location, and states that he has not received anything from the Court since February 2024 (ECF No. 40). Accordingly, the Clerk of Court is **DIRECTED** to forward to Plaintiff with a copy of the docket, as well as a service copy of the Court's Order issued on March 21, 2024 (ECF No. 32).

**SO ORDERED AND DIRECTED** this 12th day of June, 2024.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE