IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| DARREL HORRY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    Case No. 4:23-cv-123-CDL-AGH |
| | : |
| CERT OFFICER TRIPLETT, *et al.*, | : |
| | : |
| Defendants. | : |

## ORDER

On Tuesday, December 30, 2025, Defendants *ex parte* produced to the Court for *in camera* review the Georgia Department of Corrections (GDC) Strip Search Policy both in full and with proposed redactions.  The Court approves the attached version (filed under restricted access) of the policy, which has been modified as the Court deemed appropriate to balance the security concerns of GDC with Plaintiff's right to information through discovery.  Additionally, the Court finds good cause to **GRANT IN PART** Defendant's request for a protective order.  Defendants are required to allow Plaintiff access to the redacted version of the policy upon reasonable request for purposes of preparing his response to Defendants' motion for summary judgement.  Furthermore, Plaintiff must be able to prepare and retain notes on the policy.  Defendants are directed to submit a new proposed protective order with the above directed modifications within seven (7) days.

**SO ORDERED**, this 30th day of January, 2026.

                                                         s/ *Amelia G. Helmick*
                                                         UNITED STATES MAGISTRATE JUDGE